IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lawrence McBrady, | |
| Plaintiff, | No. 1:12-cv-09477 |
| v. | The Honorable Joan H. Lefkow |
| Syndero, Inc. et al., | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

All parties that have appeared hereby stipulate to dismissal of this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear and be solely responsible for their own respective attorneys' fees and costs.

Respectfully submitted,

Dated: February 12 , 2013      */s/Mark Lavery*
Mark T. Lavery
733 Lee St.
Des Plaines, IL 60016
847-813-7771
mark@laverylawfirm.com

*Counsel for Plaintiff*

*/s/ Ari N. Rothman*
Ari N. Rothman (US DC-IL Bar No. 90785518)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4220

Facsimile: (202) 344-8300
anrothman@venable.com


Kelly C. Elmore (US DC-IL Bar No. 6284788)
KOVITZ SHIFRIN NESBIT LLP
33 N. Dearborn Street, Suite 1910
Chicago, Illinois 60602
Telephone: (312) 880-1217
Facsimile: (312) 372-4646
kelmore@ksnlaw.com

*Counsel for Direct Brands Inc., Buena Vista Catalogue Co., B.D. Book Clubs G.P., Blockbuster L.L.C., Adept Results Inc., Eyepothesis LLC, and Gamefly Inc.*


*/s/ Meryl M. Macklin*
Meryl M Macklin (*pro hac vice*)
Daniel T. Rocky (*pro hac vice*)
BRYAN CAVE LLP
569 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 268-2000
meryl.macklin@bryancave.com
daniel.rocky@bryancave.com

Jena M. Valdetero
Matthew M. Petersen
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5056
jena.valdetero@bryancave.com
matt.petersen@ bryancave.com
*Counsel for Netflix, Inc.*


*/s/ Carrie A. Hall*
Carrie A. Hall (US DC-IL Bar No. 6269884)
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza

        180 North Stetson Avenue, Suite 2000
        Chicago, IL  60601
        Telephone:  (312) 222-0800
        Facsimile:   (312) 222-0818
        cahall@michaelbest.com
        *Counsel for Discover Financial Services*